ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2008 APR 22 P 2: 42

CLERK Bill McCarthy

BOBBY RUTLEDGE,                    )
                                   )
            Plaintiff,             )
                                   )
      v.                           )        CV 307-055
                                   )
DR. FNU LIFT, Physician, Telfair State )
Prison Medical Department, et al.,  )
                                   )
            Defendants.            )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Georgia Department of Corrections and Hardy are **DISMISSED**, and Plaintiff's claim related to his medical treatment against Defendant Burnette based his supervisory position is **DISMISSED**.

SO ORDERED this 22 day of April, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE