ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

BOBBY RUTLEDGE, )
)
    Plaintiff, )
)
v. ) CV 307-055
)
DR. FNU LIFT, Medical Physician, Telfair )
State Prison Medical Department, et al., )
)
    Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections (doc. no. 49) have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion for injunctive relief is **DENIED**. (Doc. no. 40).

SO ORDERED this 18th day of August, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE